

2056

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:99CR264 (AHN) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CRAIG BALDWIN, | : | |
| DEFENDANT | : | May 8, 2006 |

### MOTION TO AMEND CONDITIONS OF RELEASE

The defendant CRAIG BALDWIN respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of his release and to rescind the Order that the defendant be subject to a curfew so as to facilitate his current employment. The defendant so moves for the following reasons:

1. On or about February 24, 2000 , the defendant was arrested and presented before this Court (Mag. Judge Holly Fitzsimmons, USMJ). Upon the presentment of the defendant, the government moved the Court to detain the defendant without the benefit of bail pending his trial in the above-captioned matter. The defendant was thereafter detained. Nearly six years later, on November 29, 2005, the defendant entered a guilty plea before the Court (Nevas, U.S.D.J.).

*[Handwritten in left margin: MOTION GRANTED. It is SO ORDERED. 5/31/2006]*